UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Operating Engineers Local #49
Health and Welfare Fund and
Central Pension Fund of the
International Union of Operating
Engineers and Participating
Employers, and their Trustees,

Plaintiffs,

vs. ORDER

Vidmar Iron Works, Inc,

Defendant. Civ. No. 01-1958 (JRT/RLE)

* * * * * * * * * * * * * * * * * *

To: Mitchell W. Converse, Jensen Bell Converse & Erickson, 1500 Minnesota World Trade Center, 30 7th Street East, St. Paul, Minnesota 55101.

At Duluth, in the District of Minnesota, this 4th day of March, 2002.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

It appears that more than 20 days have elapsed since the Summons and Complaint were served, and that no appearance has been entered by the Defendant.

FILED MAR 0 4 2002
RICH... CLERK
JUDG...
DEPUTY CLERK

The Federal Rules of Civil Procedure and the Local Rules of this District require that an Answer or other pleading be filed. Although an initial Motion for an extension of time will be liberally construed by the Court in the absence of any objection by opposing counsel, the Court does not permit counsel, by agreement, to extend the time for filing an Answer or some other responsive pleading.

NOW THEREFORE, It is --

ORDERED:

That counsel for the Plaintiffs is directed to:

1. Notify the Defendant immediately that it is required to serve and file its Answer or some other responsive pleading, or to move for an extension of time to do so, and that an application for entry of default is required within 10 days of such notification if no response is filed;

2. File an application for entry of default unless the required pleadings are filed within 10 days of the referenced notification; or

3. Advise the Court in writing of any good cause to the contrary.

Unless the Plaintiffs' counsel complies with this Order within 20 days of this date, this case may be dismissed for lack of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE