# United States District Court
# District of Minnesota

Operating Engineers Local #49 and
Welfare Fund and Central Pension Fund of the
International Union of Operating Engineers and
Participating Employers, and their Trustees

Plaintiff(s),

**JUDGMENT BY DEFAULT**

-vs-

Civil No. 01-1958JRT/RLE

Vidmar Iron Works, Inc.

Defendant(s)

---

Affidavit of default, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiffs do have and recover of and from said defendant the sum of Dollars $39,342.93.

RICHARD D. SLETTEN, CLERK

DATED: March 7, 2002

By Denise La Fond

Denise LaFond, Deputy Clerk

| | |
|---|---|
| Principal/Damages | $ 39,342.93 |
| **TOTAL JUDGMENT** | $ 39,342.93 |